UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ZACHARY J. PENCE, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No.: 3:22-CV-92-TAV-JEM |
| GRADY PERRY, | ) ) | |
| Respondent. | ) ) | |

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion entered today, Respondent's motion to dismiss the instant petition [Doc. 9] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

**IT IS SO ORDERED**.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

  LeAnna R. Wilson
  CLERK OF COURT